IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McCONICO, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv111-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS & | ) | |
| PAROLE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice to allow petitioner to exhaust available state remedies.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of June, 2019.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE