IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McCONICO, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv111-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS & | ) | |
| PAROLE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon consideration of petitioner's motion for additional time to file objections to the report and recommendation, it is ORDERED as follows:

(1) The opinion and judgment (doc. nos. 42 & 43) are vacated.

(2) The motion for additional time (doc. no. 44) is granted.

(3) Petitioner shall file his objections to the report and recommendation (doc. no. 40) by July 8, 2019.

DONE, this the 13th day of June, 2019.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**