IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McCONICO, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv111-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS & | ) | |
| PAROLE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

It is ORDERED that petitioner's motion for a certificate of appealability (doc. no. 58) is denied. To obtain a certificate of appealability, the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

DONE, this the 5th day of August, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**