IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv111-MHT |
| ) | (WO) |
| ALABAMA BOARD OF PARDONS & ) | |
| PAROLE, et al., ) | |
| ) | |
| Respondents. ) | |

OPINION AND ORDER

This case is before the court on the United States Magistrate Judge's recommendation that the court deny petitioner's motion for relief from judgment under Federal Rule of Civil Procedure 60(b). Petitioner's motion challenges this court's July 2019 dismissal of his petition for writ of habeas corpus under 28 U.S.C. § 2254. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED as follows:

    (1) The magistrate judge's recommendation (doc. no. 72) is adopted.

    (2) Petitioner's motion for relief from judgment under Federal Rule of Civil Procedure 60(b) (doc. no. 66) is denied.

    This case remains closed.

    DONE, this the 19th day of October, 2020.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**